IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| NEAL THOMAS SMITH, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 7:14-cv-262 |
| ) | |
| CAROLYN W. COLVIN, ) | |
| Acting Commissioner of Social Security, ) | |
| ) | |
| Defendant. ) | |

## ORDER

For the reasons set forth in the accompanying Memorandum Opinion entered this date, it is hereby **ORDERED** that the Commissioner's Motion for Summary Judgment (Dkt. # 18) is **GRANTED**, Plaintiff's Motion for Summary Judgment (Dkt. # 13) is **DENIED**, and this matter is hereby **DISMISSED** from the active docket of the court.

Enter: September 25, 2015

*Robert S. Ballou*

Robert S. Ballou
United States Magistrate Judge

1